Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHN PARRY, Individually and on Behalf of All Others Similarly Situated

    Against

SSP, INC.,
DNF ASSOCIATES, LLC

Case No.: 5:21-cv-1391

**NOTICE OF SETTLEMENT**

Notice is hereby given that the Plaintiff, John Parry, by and through his attorneys, The Law Offices of Jonathan A. Stieglitz, and the Defendants have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Respectfully Submitted,

DATED:  December 10, 2021          THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:    */s/Jonathan A. Stieglitz*
Jonathan A. Stieglitz
Attorneys for Plaintiff

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of

Settlement using the CM/ECF system which will automatically send email

notification of such filing to all attorneys of record.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.